UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

LINZEY SMITH,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Defendant.

No. CR-04-0096-JLQ

ORDER DENYING MOTION TO VACATE

**IT IS HEREBY ORDERED**:

On June 25, 2015, the United States Court of Appeals for the Ninth Circuit issued an Order which denied Petitioner's application for authorization to file a second or successive 28 U.S.C. § 2255 Motion. In accord with that Order, Defendant's § 2255 Motion (ECF No. 100) is **DENIED**.

**IT IS SO ORDERED**. The Clerk shall enter this Order and furnish copies to counsel and to Petitioner. The Clerk shall then close this file.

Dated this 27th day of June, 2015.

      s/ Justin L. Quackenbush
      JUSTIN L. QUACKENBUSH
    SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1